## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: <br><br> Nicholas A DiBenedetto <br> Deborah L DiBenedetto <br><br> Debtor(s) | Case No.: 10 B 21092 <br><br> Chapter: 13 <br><br> Judge Jack B. Schmetterer |

### ENTRY OF APPEARANCE AND REQUEST FOR ALL NOTICES

The undersigned, a duly qualified attorney admitted to practice before this Court, hereby enters an appearance in the within captioned matter on behalf of GMAC MORTGAGE, LLC AS SERVICER FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK, N.A., AS TRUSTEE, FOR MARM 2005-7, and/or its assigns and requests all notices, pleadings, motions, orders, applications and other documents filed and/or served in this case be sent to them at the following address:

>Berton J. Maley ARDC#6209399
>Gloria C. Tsotsos ARDC# 6274279
>Jose G. Moreno ARDC#6229900
>Rachael A. Stokas ARDC#6276349
>Peter C. Bastianen ARDC#6244346
>Joel P. Fonferko ARDC#6276490
>Maria A. Georgopoulos ARDC#6281450
>**Codilis & Associates, P.C.**
>15W030 North Frontage Road, Suite 100
>Burr Ridge, IL 60527
>(630) 794-5300
>**C&A FILE (14-10-18376)**

Dated May 26, 2010.

>By:  /s/ Gloria Tsotsos

NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.